IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR ALAN WOLK and ARTHUR          :          CIVIL ACTION
ALAN WOLK ASSOCIATES d/b/a           :
THE WOLK LAW FIRM                    :
                                     :
          v.                         :
                                     :
WESTPORT INSURANCE CORPORATION       :          NO. 09-cv-0998-JF

ORDER

AND NOW, this 9th day of August 2010, upon

consideration of the defendant's motion to dismiss, and the

plaintiffs' response thereto, IT IS ORDERED:

That the motion is GRANTED IN PART AND DENIED IN PART.

The plaintiffs' claims for tortious interference and

disparagement are DISMISSED WITH PREJUDICE.  The motion is

otherwise DENIED.

                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam,    Sr. J.